UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| VENANCIO RAMIREZ SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:25-cv-00142-SCM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JASON MAYDAK, et al., | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Respondent Jason Maydak filed a notice indicating that Petitioner Venancio Ramirez Sanchez has been released from custody "per a November 24, 2025 Order from U.S. Immigration and Customs Enforcement." [Dkt. 15 at 1].

Accordingly, it is hereby **ORDERED** as follows:

1) Petitioner is directed to **SHOW CAUSE** on or before **January 26, 2026,** why this matter should not be dismissed as moot.

Signed this 16th day of January, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky